# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIPALIBEN MAHESH K. BHATT, <br><br> Plaintiff(s) <br><br> v. <br><br> NISSAN NORTH AMERICA, INC., <br><br> Defendant(s) | CASE No    25-cv-8130-HSG <br><br><br> STIPULATION AND ORDER <br> SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☒ **Mediation** (ADR L.R. 6)

☐ **Private ADR** (*specify process and provider*)

> *Note: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you <u>must</u> file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.*

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered. )*

☒ other requested deadline: 8/31/2026

Date: January 20, 2026

/s/ Natalee Fisher
_____
Attorney for Plaintiff

Date: January 20, 2026

/s/Moneer Mujaddidi
_____
Attorney for Defendant

☒ **IT IS SO ORDERED**
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date:  1/22/2026

*Haywood S. Gill Jr.*
_____
U.S. DISTRICT JUDGE

> *Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."*

*Form ADR-Stip rev. 1-2017*

**PROOF OF SERVICE**

DIPALIBEN MAHESH K. BHATT vs. NISSAN NORTH AMERICA INC. et. al. Case No.: 25CV138353, IN THE UNITED STATES DISTRICT COURT FOR THE  NORTHERN DISTRICT OF CALIFORNIA

 I declare that I am employed by the Law Offices of Neal F. Morrow III.  I am over the age of eighteen years and not a party to the within cause; my business address is 5030 East Second Street Suite 205 Long Beach CA 90803.

 On the date set forth below, I served the foregoing document(s) described as

**STIPULATION AND [PROPOSED]**
**ORDER SELECTING ADR PROCESS**

On the parties in said cause:

| | |
|---|---|
| Keith Stafford<br>Amir M. Nassihi<br>Brady O'Bryan<br>Shook, Hardy & Bacon L.L.P.<br>5 Park Plaza, Suite 1600<br>Irvine, CA 92614-2546<br>(949) 475-1500<br>Fax: (949) 475-0016<br>Email: kwstafford@shb.com<br>Email: anassihi@shb.com<br>Email: bobryan@shb.com | |

☒**BY ELECTRONIC TRANSMISSION (CCP §1010.6(a)**
By e-mailing the document(s) to the persons at the e-mail address(es) list above. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission pursuant to Civil Procedure §1010.6(a)

☐**BY MAIL (CCP §1013(a) and §2015.5**).
As follows: I am "readily familiar" with the firm's practice of collection and processing documents for mailing. Under the practice it would be deposited with

the U.S. postal service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage date is more than **1** day after date of deposit for mailing in affidavit.

This document was produced on paper purchased as

recycled. Executed on January 20, 2026, at Long Beach,

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

By: _____
Nichole McCain