United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DIPALIBEN MAHESH K. BHATT,

Plaintiff,

v.

NISSAN NORTH AMERICA, INC.,

Defendant.

Case No.  25-cv-08130-HSG

**SCHEDULING ORDER**

A case management conference was held on January 13, 2026.  Having considered the parties' proposals, *see* Dkt. No. 12, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | March 14, 2026 |
| Close of Fact Discovery | July 9, 2026 |
| Exchange of Opening Expert Reports | July 24, 2026 |
| Exchange of Rebuttal Expert Reports | August 8, 2026 |
| Close of Expert Discovery | August 23, 2026 |
| Dispositive Motion Hearing Deadline | October 7, 2026, at 2:00 p.m. |
| Pretrial Conference | January 5, 2027, at 3:00 p.m. |
| Jury Trial (5 days) | January 25, 2027, at 8:30 a.m. |

//

//

//

//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated:    1/23/2026

_____

HAYWOOD S. GILLIAM, JR.
United States District Judge